

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **NOREEN STACKHOUSE**<br>*Assistant Corporation Counsel*<br>Tel.: (212) 788-9736<br>Fax: (212) 788-9776 |

May 14, 2012

**BY ECF**
Honorable Steven M. Gold
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Eric Sutton, et al. v. City of New York, et al.</u>, 12 CV 0453 (JBW)(SMG)

Your Honor:

      I respectfully write on behalf of all parties to advise Your Honor that the above-referenced action has settled. Accordingly, the conference scheduled for May 23, 2012, at 11:00 a.m., is no longer necessary and the parties respectfully request that the Court adjourn the conference. The executed STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL will be submitted to the Court shortly.

      In view of the foregoing, it is respectfully requested that the Court grant the within request. Thank you for your consideration herein.

      Respectfully submitted,

      /s/
      Noreen Stackhouse
      Assistant Corporation Counsel
      Special Federal Litigation Division

cc:    Michael O. Hueston, Esq. (By ECF)
       Attorney for Plaintiffs
       16 Court Street, Suite 3301
       Brooklyn, New York 11241